No. 550. MORRIS v. PARKER ET AL. Appeal from the
United States District Court for the District of Columbia.
Probable jurisdiction noted. *James C. Toomey, Joseph
H. Schneider* and *Albert Ginsberg* for appellant. *Acting*

916

*Solicitor General Stern* filed a memorandum for the District of Columbia Redevelopment Land Agency and the National Capital Planning Commission, appellees, stating that probable jurisdiction should be noted and this case heard upon the merits.